# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ZOIE RUSSO, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

FLORIDA HEALTH SCIENCES CENTER, INC. d/b/a TAMPA GENERAL HOSPITAL, a Florida corporation,

    Defendant.

Case No.: 8:23-cv-01757-KKM-CPT

## NOTICE OF FILING OF NOTICE OF TRANSFER

Defendant Florida Health Sciences Center, Inc. d/b/a Tampa General Hospital, by and through its undersigned counsel, and pursuant to M.D. Fla. Local Rule 1.07, hereby notifies the Court of its Joint Motion to Transfer and Stay Proceedings Pending Mediation ("Motion to Transfer and Stay") filed in the related case *David Ramirez v. Florida Health Sciences Center, Inc., d/b/a Tampa General Hospital*, Case No. 8:23-cv-01890-SDM-TGW (M.D. Fla.), which is pending before the Honorable Steven D. Merryday and Magistrate Judge Christopher P. Tuite. *See* L.R. 1.07(a)(2)(B) ("The moving party must file the motion [to transfer] in the later-filed action and a notice and a copy of

the motion in the first-filed [and lowest-numbered] action.")  A true and correct copy of the Motion to Transfer and Stay is attached hereto as **Exhibit A**.

DATED:  September 19, 2023

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Julie Singer Brady*
  Julie Singer Brady
  Florida Bar No. 389315
  Email: *jsingerbrady@bakerlaw.com*
  200 South Orange Avenue, Suite 2300
  Orlando, FL 32801
  Telephone: 407.649.4000
  Facsimile: 407.841.0168

  Casie D. Collignon
  (*pro hac vice* forthcoming)
  Sarah A. Ballard
  (*pro hac vice* forthcoming)
  1801 California Street, Suite 4400
  Denver, CO 80202
  Telephone: 303.861.0600
  Facsimile: 303.861.7805
  ccollignon@bakerlaw.com
  sballard@bakerlaw.com

  *Attorneys for Defendant Florida Health Sciences Center, Inc. d/b/a Tampa General Hospital*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **NOTICE OF FILING OF NOTICE OF TRANSFER** was filed and served through the Court's ECF system on this 19th day of September, 2023, on all counsel of record.

*/s/ Julie Singer Brady*
Julie Singer Brady
